# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:97-CR-39-4BO

JAMES ALBERT ROGERS

    On Wednesday, January 2, 2008, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Michael C. Brittain  
Michael C. Brittain  
Senior U.S. Probation Officer

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of __March__, 2012.

Terrence W. Boyle  
U.S. District Judge